IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION, | No. C 05-01260 JSW |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS** |
| FURNACE BROOK, LLC, | |
| Defendant. | |

Now before the Court is the parties' stipulated motion to shorten time on which Furnace Brook, LLC's motion to dismiss is heard. Following review of the parties' request, the request is DENIED. The Court will conduct the hearing on Furnace Brook, LLC's motion to dismiss on September 2, 2005, as originally noticed.

**IT IS SO ORDERED.**

Dated: May 5, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE