1 | e. robert (bob) wallach, esq. (SBN 29078) erobertbob@sbcglobal.net
  | Lawyer-Counselor
2 | Law Offices of e. robert (bob) wallach, P.C.
  | P. O. Box 2670
3 | San Francisco, CA 94126-2670
  | 155 Jackson Street, No. 602
4 | San Francisco, CA 94111
  | 415-989-6445
5 |
  | Alan L. Barry, Esq. (*pro hac vice*) abarry@bellboyd.com
6 | Noelle J. Day, Esq. (*pro hac vice*) nday@bellboyd.com
  | BELL, BOYD & LLOYD LLC
7 | 70 West Madison Street, Suite 3100
  | Chicago, IL 60602
8 | 312-372-1121
  | Fax: 312-827-8000
9 |
  | Harris Zimmerman, Esq. (SBN 22653) harris@zimpatent.com
10 | Law Offices of Harris Zimmerman
   | 1330 Broadway, Suite 710
11 | Oakland, CA 94612
   | 510-465-0828
12 | Fax: 510-465-2041

13 | *Attorneys for Sharper Image Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| SHARPER IMAGE CORPORATION, a Delaware corporation, | |
|---|---|
| Plaintiff, | Case No. 05-1260 JSW |
| v. | **STIPULATED ORDER OF DISMISSAL** |
| FURNACE BROOK, LLC, a New York limited liability corporation, | |
| Defendant. | |

1

STIPULATED ORDER OF DISMISSAL
CASE NO. 05-1260 JSW

683995/D/1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and by a written settlement agreement of the parties, and the Court being fully advised in the premises, **IT IS HEREBY ORDERED THAT:**

1. The Court has jurisdiction over the subject matter of this action and over the parties and shall retain jurisdiction over the parties for purposes of enforcing the aforementioned written settlement agreement.

2. All claims of this action are hereby dismissed with prejudice.

3. Each party shall bear its own costs and attorney's fees.

DATED: June 21, 2005

| SHARPER IMAGE CORPORATION | FURNACE BROOK, LLC |
|---|---|
| /s/ Noelle J. Day | /s/ George C. Summerfield |
| By Its Attorney: | By Its Attorney: |
| Alan L. Barry<br>Noelle J. Day<br>Bell, Boyd & Lloyd LLC<br>Three First National Plaza<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602 | George C. Summerfield<br>Stadheim & Grear<br>400 North Michigan Avenue, Suite 2200<br>Chicago, IL 60611<br>312-755-4400 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 23, 2005

/s/ Jeffrey S. White

U.S. DISTRICT JUDGE JEFFREY S. WHITE